FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 MAY 14 PM 1: 46
DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
       Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| MARY GOMEZ<br>JAIME GOMEZ SR.,<br>Debtor(s) | Bankruptcy No. 08-27103<br>(Chapter 7)<br>Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | PYOD LLC its successors<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $1.76 |

GE Money Bank                                                                  $0.64
American Eagle
c/o Recovery Management Systems
Attn: Ramesh Singh
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

A check in the amount of $2.40 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 12 day of May, 2010

DAVID L. MILLER
Chapter 7 Trustee

Page -2-

```
              UNITED STATES
         U.S. Bankruptcy Cour
             District of Utah

         #  00263849  - BH

              May 14, 2010


     Code    Case #      Qty      Amount

     <OR=$25  08-27103                2.
     40 CK
        Debtor - GOMEZ

         TOTAL→                    2.40


     FROM: DAVID L. MILLER
           CK 107
```



David L. Miller, Trustee  
P. O. Box 9  
Farmington, UT 84025-0009

**PAY:** TWO AND 40/100    VOID AFTER 90 DAYS    DATE: 04/09/2010    CHECK NO: 107

**TO THE ORDER OF:** Clerk, US Bankruptcy Court

Small Dividends

Case #: 08-27103-RKM  
Case:  
Debtor(s): GOMEZ, MARY AND GOMEZ SR, JAIME A

**STERLING BANK**  
2550 North Loop West 6th Floor  
Houston, TX - 77092

$2.40

Trustee

⊞ Details on back.

⑊000000107⑊ ⑉113005549⑊ ⑊717708710 3⑊

203849